IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Susan E. Crivellaro | : |
| | : |
| v. | : |
| | : |
| Williams Township Zoning Hearing Board | : |
| | : |
| Appeal of: Board of Supervisors | : |
| of Williams Township | :  No. 1047 C.D. 2015 |

**O R D E R**


NOW, February 9, 2016, having considered the appellee Susan E. Crivellaro's application for reargument *en banc* and the appellant, Board of Supervisors of Williams Township, and appellee, Williams Township Zoning Hearing Board, answers in response thereto, the application is denied.


MARY HANNAH LEAVITT,
President Judge